# First District Court of Appeal
## State of Florida

_____

No. 1D20-1692

_____

GERRARD JONES,

    Appellant,

    v.

FL. DEPT. OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 21, 2020

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of June 2, 2020, the Court has determined that the notice of appeal was not timely filed. Because this is a civil matter, Appellant's request that the Court grant him a belated appeal is denied. *See Powell v. State*, 727 So. 2d 1103 (Fla. 1st DCA 1999). Accordingly, the appeal is dismissed.

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gerrard Jones, pro se, Appellant.

Ashley Moody, Attorney General, and Gecelyne S. Dixon, Assistant Attorney General, Tallahassee, for Appellee.